AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.

MICHAEL A. DRUMMOND

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-cr-00401
Assigned to: Judge Lamberth, Royce C.
Assign Date: 6/14/2021
Description: INDICTMENT (B)
Related Case Nos: 19-cr-00231, 19-cr-00412 and 20-cr-229 (RCL)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL A. DRUMMOND

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 371 (Conspiracy), 18 U.S.C. § 1344 (Bank Fraud), 18 U.S.C. § 1028A (Aggravated Identity Theft), and 18 U.S.C. § 2 (Aiding and Abetting) and 18 U.S.C. § 981(a)(1) and (a)(2)(A), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p)

Date: 06/14/2021

Zia M. Faruqui
2021.06.14
17:42:20 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, United States Magistrate

*Printed name and title*

Judge

### Return

This warrant was received on *(date)* 06/15/2021, and the person was arrested on *(date)* 07/23/2021
at *(city and state)* Washington DC

Date: 07/23/2021

*Arresting officer's signature*

Steven Caldwell   DEO

*Printed name and title*